IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Joseph Rutledge,** | ) | |
| | ) | |
| **Plaintiff),** | ) | |
| | ) | |
| v. | ) | No. 14 C 8943 |
| | ) | |
| **Richard Calcia, et al,** | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Application for leave to proceed *in forma pauperis* [13] on appeal granted.

ENTER:

Dated: January 12, 2015

_____
REBECCA R. PALLMEYER
United States District Judge