UNITED STATES DISTRICT COURT
Northern District of Illinois

FILED
JUL 0 9 2015
7-9-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JOSEPH RUTLEDGE, )
    Plaintiff, )
     )
     ) Case Number: 14 C 8943
vs. )
     ) Judge Rebecca Pallmeyer
ILLINOIS DEPARTMENT OF HUMAN )
SERVICES, )
    Defendants. )

## NOTICE OF APPEAL

Notice is hereby given that JOSEPH RUTLEDGE, plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on July 6, 2015.

_Joseph Rutledge_
Signature

_Joseph Rutledge_
Printed Name

_8632 Honore_
Mailing Address

_Chi Ill 60620_
City, State, ZIP

_773-445-9083_
Phone No.        Fax. No.

_____
E-mail Address

1

FILED

UNITED STATES DISTRICT COURT
Northern District of Illinois

JUL 0 9 2015
7-9-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JOSEPH RUTLEDGE, )
    Plaintiff, )
                                    )      Case Number: 14 C 8943
vs. )
                                    )      Judge Rebecca Pallmeyer
ILLINOIS DEPARTMENT OF HUMAN )
SERVICES, )
    Defendants. )

## APPEAL

The court dismissed plaintiff JOSEPH RUTLEDGE's *pro se* complaint on December 12, 2014. The Court of Appeals reversed that ruling in part and remanded the case to District Court for further proceedings on a single claim of employment discrimination in violation of the Rehabilitation Act.

Judge Pallmeyer, on her own, took the added step of dismissing the case once again. Under Fed. R. App. P. (4) a (1)(A), plaintiff hereby files his notice of appeal. Under Fed. R. Cir. P. 11(B)(2), Attorney Ryan Finlen's motion for relief from this appointment (34) was granted, and the judge dismissed the case dated July 6, 2015.

Plaintiff asserts that his case is not <u>time barred</u> and he cannot get a fair trial without a lawyer. His mental disability prevents him from answering the legal issues involved. He is a 100% disabled veteran.

Plaintiff alleges that the Illinois Department of Human Services has a custom or policy of discrimination against veterans who are 30% or more disabled. The Illinois Department of Human Services' policy is the moving force behind the Constitutional deprivation. *Awalt v. Marketti,* No. 11 C 6142

2

Plaintiff argues that the non-response from the Department of Human Services should have been a default issued in the favor of the plaintiff.

The judge's decision does not comply with Rule 50. The lawyer Ryan Finlen is not judge. His motion for relief from the appointment should not influence a dismissal.

_____
JOSEPH RUTLEDGE

3